ELIZABETH BEATTIE, Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

(Argued November 21, 1882 ; decided November 28, 1882.)

*Frank Loomis* for appellant.

*Daniel S. Remsen* for respondent.

Agree to affirm.    No opinion.
All concur, except TRACY, J., absent.
Judgment affirmed.

---

STEPHEN E. CALKINS et al., Appellants, *v.* DANIEL VROOMAN, Respondent.

(Argued November 21, 1882 ; decided November 28, 1882.)

THIS was an appeal from an order of General Term reversing upon questions of fact a judgment entered upon the report of a referee.    Only questions of fact were presented here.

*N. A. Calkins* for appellant.

*Sidney Crowell* for respondent.

EARL, J., reads for affirmance of order of General Term, and for judgment absolute dismissing the complaint.
All concur, except TRACY, J., absent.
Order affirmed and judgment accordingly.